UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MARCUS ST. CLAIRE WHITE, | : | |
| | : | Civil Action No. 21-20335 (KMW) |
| Petitioner, | : | |
| v. | : | **MEMORANDUM ORDER** |
| RAYMOND ROYCE, et al., | : | |
| Respondents. | : | |

This matter comes before the Court on Petitioner Marcus St. Claire White's habeas petition. (ECF No. 1.) On October 20, 2022, this Court reopened this matter and directed Respondents to file an answer to the petition. (ECF No. 10.) On October 21, 2022, the New Jersey Attorney General's office referred this matter to the Burlington County Prosecutor's Office for the filing of a response. (ECF No. 10.) However, despite the passage of several months, no one from the Prosecutor's Office has entered an appearance, let alone filed an answer in accordance with this Court's Order. This Court will therefore once again direct Respondents to file a response to Petitioner's habeas petition.

**IT IS THEREFORE**, on this 28th   day of March, 2023,

**ORDERED** that Respondents shall file an answer to the habeas petition in accordance with this Court's October 20, 2022, order within forty-five days; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the Burlington County Prosecutor's Office by regular mail; and it is further

**ORDERED** that the Clerk of the Court shall also serve a copy of this Order upon State of New Jersey, Department of Law & Public Safety, Division of Criminal Justice, Appellate Bureau ("the Bureau"); and it is further

**ORDERED** that the Appellate Bureau shall ensure that the Prosecutor's Office receives a copy of this Court's Order and understands the requirement that they file an answer; and it is further

**ORDERED** that Petitioner may file and serve a reply to the answer within forty-five (45) days after Respondents file their answer; it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

*Karen M. Williams*
_____
Hon. Karen M. Williams,
United States District Judge